UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60524-CIV-SMITH

COLE HOLIFIELD,

 Plaintiff,

v.

DATEFIT, LLC,

 Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 10]. Upon consideration, it is

 **ORDERED** that:

 1. This case is **DISMISSED without prejudice**.

 2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of August, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record